Octavio Cardona-Loya II, Esq. SBN 255309
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200-B
Chula Vista, CA  91910
vito@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CLARK, ) | Case No.:  3:16-cv-00050-JAH-BGS |
| ) | |
| Plaintiff, ) | **Joint Motion to Dismiss Defendant Trans Union, LLC Only** |
| ) | |
| v. ) | |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et al., ) ) | |
| ) | |
| Defendants. ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7.2, Plaintiff MARK CLARK and Defendant TRANS UNION LLC jointly move the Court to dismiss the entire action and all causes of action with prejudice as to Defendant TRANS UNION LLC only.  This Joint Motion does not apply to any other named Defendant in this action.

Date:  October 21, 2016         /s/ Octavio Cardona-Loya II                .
                                Octavio Cardona-Loya II,
                                Attorney for Plaintiff Mark Clark
                                Email: Vito@GoldenCardona.com

Date: October 21, 2016	/s/Paul W. Sheldon                                        .
	Paul W. Sheldon,
	Attorney for Trans Union, LLC
	Email: Paul.Sheldon@Strasburger.com

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Paul W. Sheldon, counsel for Defendant Trans Union, LLC and that I have obtained Mr. Sheldon's authorization to affix his electronic signature to this document.

Date:  October 21, 2016	/s/ Octavio Cardona-Loya II                         .
	Octavio Cardona-Loya II,
	Attorney for Plaintiff Mark Clark
	Email: Vito@GoldenCardona.com