# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CLARK, | ) Case No.: 3:16-cv-00050-JAH-BGS |
| Plaintiff, | ) **Order for Dismissal** |
| v. | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et al., | ) |
| Defendants. | ) |

Pursuant to the parties' Joint Motion, this Court hereby dismisses the above-captioned action with prejudice as to Defendant Trans Union, LLC only. This dismissal does not apply to any other named Defendant in this action.

IT IS SO ORDERED

DATE: October 24, 2016        BY: _____
                                    UNITED STATES DISTRICT JUDGE