1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK CLARK, | ) | Case No.:  3:16-cv-00050-JAH-BGS |
| | ) | |
| Plaintiff, | ) | **Order Granting Joint Motion to** |
| | ) | **Dismiss Defendant Equifax** |
| v. | ) | **Information Services LLC with** |
| | ) | **Prejudice** |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC.; et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

   Pursuant to the parties' Joint Motion, this Court hereby dismisses the above-captioned action with prejudice as to Defendant Equifax Information Services LLC.  This dismissal does not apply to any other named Defendant in this action.

   IT IS SO ORDERED

DATE: November 18, 2016           BY: _____
                                  UNITED STATES DISTRICT JUDGE

1