**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK CLARK, | Case No.: 3:16-cv-00050-JAH-BGS |
| Plaintiff, | **Order Granting Joint Motion to Dismiss Defendant Experian Information Solutions, Inc. with Prejudice** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et al., | |
| Defendants. | |

Pursuant to the parties' Joint Motion, **IT IS HEREBY ORDERED** the above-captioned action is **DISMISSED with prejudice** as to Defendant Experian Information Solutions, Inc., with each party to bear his or its own attorneys' fees and costs.  This dismissal does not apply to any other named Defendant in this action.

DATE: January 23, 2017          BY: _____
                                                        JOHN A. HOUSTON
                                                        UNITED STATES DISTRICT JUDGE