# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CLARK, | Case No.: 3:16-cv-00050-JAH-BGS |
| Plaintiff, | **Order Granting Joint Motion to Dismiss Action With Prejudice** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et al., | |
| Defendants. | |

Pursuant to the parties' Joint Motion, this Court hereby dismisses the above-captioned action in its entirety with prejudice.

**IT IS SO ORDERED.**

DATE: March 1, 2017

_____
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE